# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREENWICH INSURANCE COMPANY          :          CIVIL ACTION
and XL SPECIALTY INSURANCE COMPANY   :

     v.     2 0 0 4 1 4 / 9 9 3 7   :

GOFF GROUP, INC.                     :          No. 03-2444

**F I L E D**

OCT 2 7 2004

MICHAEL E. KUNZ, Clerk
By_____
_____Dep. Clerk

### ORDER OF CONFIRMATION OF ARBITRATION AWARD AND ENTRY OF JUDGMENT

AND NOW, this 22nd day of April, 2004, the award of the arbitrators dated March

10, 2004 is hereby confirmed, section 9, Federal Arbitration Act, 9 U.S.C. § 9, and judgment

is entered in favor of petitioners Greenwich Insurance Company and XL Speciality

Insurance Company and against respondent Goff Group, Inc. in the principal sum of

$4,332,382, plus interest and costs.[1]

BY THE COURT:

_____
Edmund V. Ludwig, J.

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 10/27/04
ATTEST:_____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

[1] The interest and costs shall be determined and assessed separately from this
order.

AO 451 (Rev. 11/91 Certification of Judgment)

# UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

Greenwich Insurance Company and XL Insurance Specialty Group  v. Goff Group Inc       Case Number: 03-2441

I, Michael E. Kunz, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 4/23/04      , as it appears in the records of this court, and that a **notice of appeal from this judgment has been filed and is still pending in the United States Third Circuit Court of Appeals.**

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

MICHAEL E. KUNZ
Clerk

October 28, 2004
Date

Whitney Gibson-Cooke, (by) Deputy Clerk

---

*Insert the appropriate language:..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been filed," ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†)Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Greenwich Insurance Company and XL Specialty
Insurance Group,

                       Petitioners,  **F I L E D**   No. 03-2441 (EVL)

-against-                OCT 2 7 2004

Goff Group, Inc.,      MICHAEL E. KUNZ, Clerk  **ORDER**
                  By_____ Dep. Clerk

              Respondent.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    **AND NOW, THIS** 20th **day of August, 2004, upon consideration of the
Petitioners' Motion for Leave to Register Judgment Pursuant to 28 U.S.C. 1963 and the
supporting Memorandum of Law dated August 6, 2004, the Declaration of Charles S. Ernst in
Support of Petitioners' Motion Leave to Register Judgment Pursuant to 28 U.S.C. § 1963 dated
August 5, 2004 and the exhibits annexed thereto, and of Respondent's papers in opposition to
such motion, it is hereby

    **ORDERED** that the Clerk of this Court shall issue a "Certification of Judgment
for Registration in Another District" in relation to this Court's Judgment of April 23, 2004; and
it is further

    **ORDERED** that Petitioners are granted leave to register the Judgment of April
23, 2004 or any individual part thereof in other districts, including but not limited to all the
districts of Alabama and Petitioners may avail themselves of the judgment transfer and
registration provisions provided by 28 U.S.C. §1963.

INDEX    5.00
RETURN FEE 1.00
RECORD FEE 7.50
CASH     13.50

State of Alabama - Jefferson County
I certify this instrument filed on:
**2004 NOV 03  03:32:46:21PM**
Recorded and $          Mtg. Tax

and $      Deed Tax and Fee Amt.
$   9.50    Total $  9.50
MICHAEL F. BOLIN, Judge of Probate

200414/9937

STATE OF ALABAMA
MONTGOMERY CO.
I CERTIFY THIS INSTRUMENT
WAS FILED ON
**2004 NOV 17  AM 11: 04**
REESE McKINNEY, JR.
JUDGE OF PROBATE

11-17-2004 #1   ITEM  3
              1CL   1692 11:54

Judge Edmund V. Ludwig
S.D.J.

**A TRUE COPY CERTIFIED TO FROM THE RECORD**
DATED: 10/27/04
ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA