# EXHIBIT "B"

This Instrument Was Prepared By:
George W. Thomas
Kaufman & Rothfeder, P.C.
2740 Zelda Road, 3rd Floor
Montgomery, Alabama 36106
K&R File No. 5254.2016

# WARRANTY DEED

STATE OF ALABAMA
COUNTY OF MONTGOMERY

KNOW ALL MEN BY THESE PRESENTS, That in consideration of other good and valuable considerations and the sum of Ten and no/100 ($10.00) Dollars to the undersigned GRANTOR in hand paid by the GRANTEE herein, the receipt of which is hereby acknowledged, **GOFF GROUP, INC.**, an Alabama corporation (hereinafter referred to as GRANTOR), does hereby grant, bargain, sell and convey unto **JOHN W. GOFF** (hereinafter referred to as GRANTEE), the following described real estate situated in the County of Montgomery and State of Alabama, to-wit:

See Exhibit "A" Attached Hereto

This conveyance is made subject to that certain first mortgage in favor of StanCorp Mortgage Investors, LLC, an Oregon limited liability company, as the same is recorded in the Office of the Judge of Probate of Montgomery County, Alabama in RLPY Book 2679, at Page 595, as to Parcel I, and other subordinate encumbrances heretofore imposed of record affecting said property.

This conveyance is also made subject to that certain first mortgage in favor of Companion Casualty and Property Insurance Company, a South Carolina corporation, as the same is recorded in the Office of the Judge of Probate of Montgomery County, Alabama in RLPY Book 2824, at Page 757, as to Parcel IIA & Parcel IIB, and other subordinate encumbrances heretofore imposed of record affecting said property.

This conveyance is further made subject to any and all restrictions, reservations, covenants, easements, and rights of way, if any, heretofore imposed of record affecting said property and municipal zoning ordinances now or hereafter becoming applicable, and taxes or assessments now or hereafter becoming due against said property.

For tax appraisal purposes only, the address of the above described real estate is <u>Lot 1-A, 80 Technacenter Drive, Montgomery, AL</u>; and the mailing address of GRANTEE is P. O. Box 241567, Montgomery AL 36124-1567.

Together with all and singular the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining in fee simple.

And said GRANTOR does for itself and its successors and assigns, covenant with the said GRANTEE, his heirs and assigns, that it is lawfully seized in fee simple of said premises, that they are free from all encumbrances, unless otherwise noted above, that it is entitled to the immediate possession thereof; that it has a good right to sell and convey the same as aforesaid; that it will and its successors and assigns shall, warrant and defend the same to the said GRANTEE, his heirs and assigns forever, against the lawful claims of all persons.

IN WITNESS WHEREOF, the undersigned has hereunto set its signature on this the __31st__ day of __January__, 200_5_.

Goff Group, Inc.

By: _____
Its: _____

STATE OF ALABAMA

COUNTY OF MONTGOMERY

I, the undersigned, a notary public in and for said county in said state, hereby certify that __John W Goff__ as __Pres.__ of Goff Group, Inc. is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he as such duly authorized officer executed the same voluntarily for and as the act of said corporation.

Given under my hand and official seal this the __31st__ day of __January__, 200_5_.

_____
Notary Public
My Commission Expires: __7/25/05__

S:\Client-Matters\5254\2014\Goff Group deed 122904.wpd

2

RLPY 3040 PAGE 0803

## Exhibit "A"

### Parcel I:

Lot 1-A, Block A, according to the Map of Technacenter Plat No. 2, as said Map appears of record in the Office of the Judge of Probate of Montgomery County, Alabama in Plat Book 41, at Page 150.

### Parcel IIA:

Begin at the Southeast corner of Lot 1-A, Technacenter Plat No. 2, as recorded in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 41, at Page 150, said point also being the Point of Beginning; thence run N 03° 52' 00" W, 547.86 feet to a point; thence run N 86° 08' 00" E, 268.95 feet to a point lying in the centerline of a creek (Carter Creek); thence run along the meandering of said creek, more or less, the following four (4) courses and distances: (1) S 08° 36' 53" E, 181.88 feet, (2) S 16° 16' 25" E, 135.59 feet, (3) S 00° 35' 42" E, 140.21 feet, (4) S 00° 21' 53" E, 94.37 feet to a point lying on the north right of way of Atlanta Highway (US Highway 80); thence run along said right of way S 86° 08' 00" W, 299.37 feet to the point of beginning.

Said described parcel of land lying and being situated in the East Half of Section 14, T-16-N, R-19-E, Montgomery County, Alabama, and contains 3.722 acres, more or less.

### PARCEL IIB:

Begin at the Northeast corner of Lot 1-B, Block A, Technacenter Plat No. 2, as recorded in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 41, at Page 150, said point also being the Point of Beginning; thence run N 86° 08' 00" E, 271.57 feet to a point lying in the centerline of a creek (Carter Creek); thence run along the meandering of said creek, more or less, the following four (4) courses and distances: (1) S 12° 43' 01" E, 99.18 feet, (2) S 06° 32' 03" W, 117.32 feet, (3) S 12° 37' 48" W, 83.96 feet, (4) S 28° 51' 01" E, 64.26 feet to a point; thence leaving said centerline of creek run S 86° 08' 00" W, 268.95 feet to a point; thence run N 03° 52' 00" W, 352.14 feet to the Point of Beginning.

Said described parcel of land lying and being situated in the East Half of Section 14, T-16-N, R-19-E, Montgomery County, Alabama, and contains 2.182 acres, more or less.

STATE OF ALABAMA
MONTGOMERY CO.
I CERTIFY THIS INSTRUMENT
WAS FILED ON

2005 FEB 16  AM 8:00    3

REESE MCKINNEY, JR.
JUDGE OF PROBATE

| | |
|---|---|
| INDEX | 5.00 |
| RECORD FEE | 1.00 |
| RECORD FEE | 7.50 |
| DEED TAX | 10.00 |
| CASH | 23.50 |

02-16-2005 #1   ITEM   4
                ICL   2506 14:57TH