AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA, NORTHERN DIVISION |
|---|---|---|

Greenwich Insurance Company, and XL
Insurance Company

**SUMMONS IN A CIVIL ACTION**

V.

Goff Group, Inc., John W. Goff, Regions Bank
Corporation and Southern Brokerage Services

CASE NUMBER: 2:06CV406-DRB

TO: (Name and address of Defendant)

John W. Goff
80 Technacenter Drive
Montgomery, Alabama 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Thomas Yearout
Paul K. Lavelle
Yearout, Spina & Lavelle, P.C.
1500 Urban Center Drive, Ste 450
Birmingham, Alabama 35242

an answer to the complaint which is served on you with this summons, within _____ 30 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

DATE  5/12/06

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date              *Signature of Server*

                                   _____
                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE                    District of         ALABAMA, NORTHERN DIVISION

Greenwich Insurance Company, and XL
Insurance Company

V.

Goff Group, Inc., John W. Goff, Regions Bank
Corporation and Southern Brokerage Services

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:   2:06cv406-DRB

TO: (Name and address of Defendant)

Goff Group, Inc.
c/o John W. Goff
President of Goff Group, Inc.
80 Technacenter Drive
Montgomery, Alabama 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Thomas Yearout
Paul K. Lavelle
Yearout, Spina & Lavelle, P.C.
1500 Urban Center Drive, Ste 450
Birmingham, Alabama 35242

an answer to the complaint which is served on you with this summons, within _~~30~~ 20_ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

DATE     5/12/06

AO 440  (Rev.  8/01)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

| DECLARATION OF SERVER |
|---|

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                          Date                              *Signature of Server*


                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA, NORTHERN DIVISION |

Greenwich Insurance Company, and XL
Insurance Company

V.

Goff Group, Inc., John W. Goff, Regions Bank
Corporation and Southern Brokerage Services

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv406-DRB

TO: (Name and address of Defendant)

Southern Brokerage Services, Inc.
c/o John W. Goff
As Registered Agent
80 Technacenter Drive
Montgomery, Alabama 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Thomas Yearout
Paul K. Lavelle
Yearout, Spina & Lavelle, P.C.
1500 Urban Center Drive, Ste 450
Birmingham, Alabama 35242

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

5/12/06

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

        I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                                *Signature of Server*


                                                            _____
                                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA, NORTHERN DIVISION |

Greenwich Insurance Company, and XL
Insurance Company

**SUMMONS IN A CIVIL ACTION**

V.

Goff Group, Inc., John W. Goff, Regions Bank
Corporation and Southern Brokerage Services

CASE NUMBER:  2: 06 CV406-DRB

TO: (Name and address of Defendant)

Regions Bank Corporation
c/o CSC Lawyers Incorporating Services, Inc.
150 S Perry Street
Montgomery, Alabama 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Thomas Yearout
Paul K. Lavelle
Yearout, Spina & Lavelle, P.C.
1500 Urban Center Drive, Ste 450
Birmingham, Alabama 35242

an answer to the complaint which is served on you with this summons, within _____ 30 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE

%AO 440  (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL   $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                         Date                                  *Signature of Server*


                                                              _____
                                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.