## Receipt 1

**2. Article Number:** 7160 3901 9841 3755 8409

**3. Service Type:** CERTIFIED MAIL

**4. Restricted Delivery?** (Extra Fee) ☐ Yes

**1. Article Addressed to:**

Goff Group, Inc.
c/o John W. Goff
80 Technacenter Drive
Montgomery, AL 36117

CV 2:06cv406-DRB

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
B. Date of Delivery: 5/15/06
C. Signature: X Sheena Stalnaker ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

PS Form 3811, September 2002 — Domestic Return Receipt

Greenwich v. Goff CV

## Receipt 2

**2. Article Number:** 7160 3901 9841 3755 8430

**3. Service Type:** CERTIFIED MAIL

**4. Restricted Delivery?** (Extra Fee) ☐ Yes

**1. Article Addressed to:**

Southern Brokerage Services, Inc.
c/o John W. Goff
As Registered Agent
80 Technacenter Drive
Montgomery, AL 36117

2:06cv406 DRB

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
B. Date of Delivery: 5/15/06
C. Signature: X Sheena Stalnaker ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

PS Form 3811, September 2002 — Domestic Return Receipt

Greenwich v. Goff CV

## Receipt 3

**2. Article Number:** 7160 3901 9841 3755 8423

**3. Service Type:** CERTIFIED MAIL

**4. Restricted Delivery?** (Extra Fee) ☐ Yes

**1. Article Addressed to:**

Regions Bank Corporation
c/o CSC Lawyers Incoporating Services, INc.
150 S Perry Street
Montgomery, AL 36104

2:06CV406-DRB

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature: X James A. Bell / JAMES A. BELLAMY / Capell & Howard, P.C. ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

PS Form 3811, September 2002 — Domestic Return Receipt

Greenwich v. Goff CV