| | |
|---|---|
| 2. Article Number | **COMPLETE THIS SECTION ON DELIVERY** |
| [barcode] 7160 3901 9841 3755 8416 | A. Received by (Please Print Clearly)   B. Date of Delivery 5/15/06 |
| 3. Service Type **CERTIFIED MAIL** | C. Signature X Sheena Stalnaker  ☐ Agent  ☐ Addressee |
| 4. Restricted Delivery? *(Extra Fee)* ☐ Yes | D. Is delivery address different from item 1?  ☐ Yes  ☐ No |

1. Article Addressed to:

John W. Goff
80 Technacenter Drive
Montgomery, AL 36117

2:06cv406-DRB

PS Form 3811, September 2002                Domestic Return Receipt

**Greenwich v Goff**        **CV**