# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| GREENWICH INSURANCE COMPANY, ) <br> XL SPECIALTY INSURANCE COMPANY, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOFF GROUP, INC., JOHN W. GOFF, ) <br> REGIONS BANK CORPORATION AND ) <br> SOUTHERN BROKERAGE SERVICES, INC., ) <br> ) <br>     Defendants. ) | Civil Action No.: <br> 2:06-CV-00406-DRB |

## CORPORATE DISCLOSURE STATEMENT

Regions Bank, improperly designated as Regions Bank Corporation, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure the identity of any parent corporation and any publicly held corporation that owns 10% or more of its stock.

Regions Bank is wholly owned by its parent company, Regions Financial Corporation. There is no such legal entity known as Regions Bank Corporation.

Respectfully submitted this 5th day of June, 2006.

/s/ Elizabeth R. Floyd
Carey B. McRae
ASB-7328-R59C
carey.mcrae@arlaw.com
Elizabeth R. Floyd
ASB-5726-B55F
elizabeth.floyd@arlaw.com
Attorneys for Regions Bank

Of Counsel:
ADAMS AND REESE LLP
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama  35203
(ph) 205/250-5000
(fax) 205/250-5034

**Certificate of Service**

      I hereby certify that on June 5, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Paul K. Lavelle
G. Thomas Yearout
Counsel for Plaintiffs
YEAROUT, SPINA & LAVELLE, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242
tyearout@ysllaw.com
plavelle@ysllaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following:

Goff Group, Inc.
c/o John W. Goff
President, Goff Group, Inc.
80 Technacenter Drive
Montgomery, Alabama 36117

John W. Goff
80 Technacenter Drive
Montgomery, Alabama 36117

Southern Brokerage Services, Inc.
c/o John W. Goff, its Registered Agent
80 Technacenter Drive
Montgomery, Alabama 36117

                                                      /s/ Elizabeth R. Floyd
                                                    Of Counsel