IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN 16 P 2:49

| | |
|---|---|
| GREENWICH INSURANCE COMPANY | * |
| XL SPECIALTY INSURANCE COMPANY | * |
| | * |
| Plaintiffs, | * |
| | * |
| vs | * Number 2:06cv00406-DRB |
| | * |
| GOFF GROUP, INC., JOHN W. GOFF, | * |
| REGIONS BANK CORPORATION and | * |
| SOUTHERN BROKERAGE SERVICES, INC. | * |
| | * |
| Defendants. | * |

## MOTION TO DISMISS

COMES NOW, Defendant John W. Goff and moves the Court to dismiss the Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure on the following grounds:

1. Judgment is rendered against Goff Group, Inc. not John W. Goff.

2. The complaint fails to state a legal cause of action against John W. Goff.

For the foregoing reasons, Defendant John W. Goff moves the Court to dismiss this case against him or alternatively to dismiss him from this case with prejudice.

Respectively submitted this 16th day of June 2006.

John W. Goff, Pro Se
80 Technacenter Drive
Montgomery, Alabama 36117

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon the following listed persons by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this the __16th__ day of June 2006.

**For Plaintiff Greenwich:**
Paul K. Lavelle, Esq.
G. Thomas Yearout, Esq.
Yearout, Spina & Lavelle, PC
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242

**For Defendant Regions Bank:**
Carey B. McRae, Esq.
Elizabeth R. Floyd, Esq.
Adams and Reese LLP
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama 35203
       (205) 250-5000
       fax: (205) 250-5034

Goff Group, Inc.
℅ Louis Hicks, Esq.
915 S. Hull Street
Montgomery, Alabama 36104

Southern Brokerage Services, Inc.
80 Technacenter Drive
Montgomery, Alabama 36117

_____
John W. Goff, Pro Se