IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREENWICH INSURANCE COMPANY, )<br>XL SPECIALTY INSURANCE COMPANY, )<br>   )<br>**Plaintiffs,** )<br>   )<br>v.   )<br>   )<br>GOFF GROUP, INC., JOHN W. GOFF, )<br>REGIONS BANK CORPORATION AND )<br>SOUTHERN BROKERAGE SERVICES, INC., )<br>   )<br>**Defendants.** ) | **Civil Action No.:**<br>**2:06-CV-00406-DRB** |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT

COMES NOW counsel for Regions Bank, Elizabeth R. Floyd, and respectfully moves the Court to permit her to withdraw as counsel of record on the following grounds:

1. Ms. Floyd has resigned from her employment with Adams and Reese LLP effective July 21, 2006.

2. Regions Bank will continue to be represented by Carey B. McCrae and will not be harmed by Ms. Floyd's withdrawal in any respect.

Respectfully submitted this 24th day of July, 2006.

/s/ Elizabeth R. Floyd
Elizabeth R. Floyd
ASB-5726-B55F
elizabeth.floyd@arlaw.com
Attorney for Regions Bank

Of Counsel:
ADAMS AND REESE LLP
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama  35203
(ph) 205/250-5000
(fax) 205/250-5034

**Certificate of Service**

   I hereby certify that on July 24, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Paul K. Lavelle
G. Thomas Yearout
Counsel for Plaintiffs
YEAROUT, SPINA & LAVELLE, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242
tyearout@ysllaw.com
plavelle@ysllaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following:

Goff Group, Inc.
c/o John W. Goff
President, Goff Group, Inc.
80 Technacenter Drive
Montgomery, Alabama 36117

John W. Goff
80 Technacenter Drive
Montgomery, Alabama 36117

Southern Brokerage Services, Inc.
c/o John W. Goff, its Registered Agent
80 Technacenter Drive
Montgomery, Alabama 36117

            /s/ Elizabeth R. Floyd
            Of Counsel