# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| GREENWICH INSURANCE COMPANY, XL SPECIALTY INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | **CIVIL ACTION NO.** |
| GOFF GROUP, INC., JOHN W. GOFF, REGIONS BANK CORPORATION AND SOUTHERN BROKERAGE SERVICES, INC., | ) ) ) ) ) ) | **2:06-CV-00406-DRB** |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

COMES NOW J. Doyle Horn of the Law Offices of Adams and Reese LLP, 2100 Third Avenue North, Suite 1100, Birmingham, Alabama 35203, and enters his appearance as additional counsel of record for the Defendant, Regions Bank. Defendant notes that Mr. Horn appears in addition to representation by Carey B. McRae.

/s/ J. Doyle Horn
J. Doyle Horn
One of the Attorneys for Defendant,
Regions Bank

591148-1

**OF COUNSEL:**
Adams and Reese LLP
2100 Third Avenue North, Suite 1100
Birmingham, Alabama  35203-3367
Telephone:   (205) 250-5000
Facsimile:   (205) 250-5034

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Paul K. Lavelle
G. Thomas Yearout
Yearout, Spina & Lavelle, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242

and I hereby certify that I have mailed by United States Postal Service the document to the following:

Goff Group, Inc.
c/o John W. Goff
President, Goff Group, Inc.
80 Technacenter Drive
Montgomery, Alabama 36117

John W. Goff
80 Technacenter Drive
Montgomery, Alabama 36117

Southern Brokerage Services, Inc.
c/o John W. Goff,
its Registered Agent
80 Technacenter Drive
Montgomery, Alabama 36117

/s/ J. Doyle Horn
Of Counsel

591148-1                                                    2