IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GREENWICH INSURANCE         )
COMPANY and XL SPECIALTY    )
INSURANCE COMPANY,          )
                            )
    Plaintiffs,             )
                            )   CIVIL ACTION NO.
    v.                      )   2:06cv406-MHT
                            )
                            )
GOFF GROUP, INC., et al.,   )
                            )
    Defendants.             )
```

## ORDER

It is ORDERED that the motion to withdraw (doc. no. 11) is granted.

DONE, this the 21st day of August, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**