IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GREENWICH INSURANCE          )
COMPANY and XL SPECIALTY     )
INSURANCE COMPANY,           )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )    2:06cv406-MHT
                             )
                             )
GOFF GROUP, INC., et al.,    )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motions to dismiss (doc. nos. 7, 9, & 10) are set for submission, without oral argument, on August 30, 2006, with all briefs due by said date.

DONE, this the 21st day of August, 2006.


                         /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**