IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GREENWICH INSURANCE         )
COMPANY and XL SPECIALTY    )
INSURANCE COMPANY,          )
                            )
    Plaintiffs,             )
                            )     CIVIL ACTION NO.
    v.                      )     2:06cv406-MHT
                            )
                            )
GOFF GROUP, INC., et al.,   )
                            )
    Defendants.             )
```

ORDER

It is ORDERED as follows:

(1) The motion for preliminary injunction (doc. no. 1) is set for a status conference on September 5, 2006, at 8:30 a.m. This conference will not be to discuss the merits of the motion, but rather to discuss how to proceed on the motion procedurally (including whether an evidentiary hearing is necessary). Counsel for plaintiffs are to arrange for the conference to be conducted by telephone.

(2) The defendants are file written responses, which address the motion on the merits, by August 30, 2006.

DONE, this the 21st day of August, 2006.

      /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**