# **MINUTES**

```
                IN THE UNITED STATES DISTRICT COURT FOR THE
                  MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

HON.   MYRON H. THOMPSON,   JUDGE                AT    MONTGOMERY,    ALABAMA

DATE COMMENCED   SEPTEMBER 5, 2006               AT       8:44        A.M./P.M.

DATE COMPLETED   SEPTEMBER 5, 2006               AT       8:50        A.M./P.M.

```
GREENWICH INSURANCE COMPANY, et al   )
                                     )
          Plaintiffs                 )
                                     )
     v                               )       CA No. 2:06-cv-406-MHT
                                     )
GOFF GROUP, INC., et al              )
                                     )
          Defendants                 )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| Atty Paul Lavelle | X | Attys Carey McRae, Joseph Horn, |
| | X | Keith Nelms, Thomas Mancuso |
| | X | (**WITHOUT NOTICE OF APPEARANCE**) |
| | X | |
| | X | Susan DePaola - Trustee |
| | X | |

COURT OFFICIALS PRESENT:

| Danielle Goldstein, | Sheila Carnes, | Mitchell Reisner |
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   STATUS CONFERENCE

8:44 a.m.     Telephone status conference commenced.
              Parties heard on Trustee's Motion to Stay Proceedings
              Pursuant to 11 USC Section 362 (dn 16). Court directs that
              motion to stay will be granted; other outstanding motions
              will be denied with leave to renew, if necessary.
8:50 a.m.     Conference concluded.