IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GREENWICH INSURANCE CO.      )
et al.,                      )
                             )
    Plaintiffs,              )
                             )
    v.                       )   CIVIL ACTION NO.
                             )    2:06cv406-MHT
GOFF GROUP, INC. et al.,     )
                             )
    Defendants.              )
```

### ORDER

Based on the representations made during an on-the-record conference call on September 5, 2006, it is ordered as follows:

1) The motion for a stay (Doc. No. 16) is granted.

2) All other motions in this case are denied with leave to renew.

3) All proceedings in this case are stayed until further order of the court.

4) The clerk of the court is to close this case administratively.

DONE, this the 5th day of September, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**