**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 5, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Greenwich Insurance Company vs. Goff Group, Inc., et al
Case Number: 2:06cv406-MHT**

**Pleading : #19 - Order**

**Notice of Correction is being filed this date to advise that the referenced order was e-filed on 9/5/2006 without the pdf. document attached.**

**The corrected pdf document is attached to this notice.**