**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

September 6, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Greenwich Insurance Company, et al vs. Goff Group, Inc., et al**
**Case Number: 2:06cv406-MH**

**Pleading : #20 - Notice of Correction**

**Notice of Correction is being filed this date to advise that the referenced pleading was entered on 9/6/06 without the corrected pdf attached.**

**The corrected pdf document is attached to this notice.**