IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

GREENWICH INSURANCE COMPANY,  )
and XL SPECIALITY INSURANCE      )
COMPANY,                          )
                                  )
      Plaintiffs,               )
                                  )
v.                                )     Case No. 02:06-cv-00406
                                  )
GOFF GROUP, INC., *et al.*         )
                                  )
      Defendants.              )

### MOTION FOR REMAND OF PROCEEDINGS TO BANKRUPTCY COURT

      Comes Now Susan Shirock DePaola, Trustee of the Bankruptcy Estate of the Goff Group,

Inc., by her attorneys, Leonard N. Math and Chambless Math     Carr, P.C. and moves this Court

for referral of these proceedings to the United States Bankruptcy Court for the Middle District of

Alabama and in support thereof states as follows:

      1. On May 5, 2006, this action was commenced by the Plaintiffs seeking to set aside the

transfer of certain real property from Defendant Goff Group, Inc. to John W. Goff and for other

related relief.

      2. On June 9, 2006, the Defendant, Goff Group, Inc. filed for relief under Chapter 7, Title

11 of the United States Code (hereinafter the "Bankruptcy Code") in the United States

Bankruptcy Court for the Middle District of Alabama, Case No. 06-30676. On June 12, 2006, the

Court appointed Susan Shirock DePaola as the Chapter 7 Trustee in the case.

      3. Pursuant to 11 U.S.C. § 157(a) and the General Order of Reference, this Court has

referred cases under title 11 and proceedings arising under title 11 or arising in or related to a

case under title 11 to the bankruptcy judges for the district. Pursuant to 28 U.S.C. § 157(b)(1),

bankruptcy judges may hear and determine all cases under title 11 and all core proceedings

arising under title 11, or arising in a case under title 11, referred under subsection (a) of this section, and may enter appropriate orders and judgments, subject to review by the district court under 28 U.S.C. § 158. Core proceedings under 28 U.S.C. 157(b)(2) include but are not limited to:

Allowance or disallowance of claims against the estate or exemptions from property of the estate;

Counterclaims by the estate against persons filing claims against the estate;

Proceedings to determine, avoid, or recover fraudulent conveyances;

Determinations of the validity, extent, or priority of liens;

Other proceedings affecting the liquidation of the assets of the estate or the adjustment of the debtor-creditor or the equity security holder relationship, except personal injury tort or wrongful death claims.

4. Pursuant to 28 U.S.C. § 157(c)(1), a bankruptcy judge may hear a proceeding that is not a core proceeding but that is otherwise related to a case under title 11. In such a proceeding, the bankruptcy judge submits his proposed findings of fact and conclusions of law to the district court, and any final order or judgment is entered by the district judge after considering the bankruptcy judge's proposed findings and conclusions and after reviewing de novo those matters to which any party has timely and specifically objected.

5. The claims asserted by the Plaintiff in this action against the Goff Group, Inc. are core proceedings as defined by 28 U.S.C. § 157(b)(2) or in the alternative, are non-core proceedings which are related to the bankruptcy proceedings of the Goff Group, Inc. which may be referred to the bankruptcy court pursuant to 28 U.S.C. 157(c). As such, these matters are more appropriately

heard within the context of that bankruptcy proceedings.

WHEREFORE, Susan Shirock DePaola prays for an order referring this case to the United States Bankruptcy Court pursuant to 28 U.S.C. § 157(b), or in the alternative referring this matter for pre-trial and trial proceedings resulting in a report and recommendation to this Court for entry of final judgment pursuant to 11 U.S.C. § 157(c), along with such further and other relief as the Court may deem proper.

> SUSAN SHIROCK DEPAOLA,
> Trustee of the Bankruptcy Estate of Goff Group, Inc.,
>
> s/ Leonard N. Math
> Attorney for the Susan Shirock DePaola, Trustee of the Bankruptcy Estate of Goff Group, Inc.

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing instrument was served on all attorneys of record by electronic notice and/or by depositing a copy thereof in the United States mail postage prepaid as follows on this 16th day of January 2007:

George Tommy Yearout
Paul K. Lavelle
Yearout, Spina & Lavelle, P.C.
1500 Urban Center Dr. Ste 450
Birmingham, AL 35242

Carey Bennett McRae
Joseph Doyle Horn
Adams and Reese, L.L.P.
2100 3rd Avenue North Ste. 1100
Birmingham, Al 35203

Keith Anderson Nelms
The Law Office of Jay Lewis
P.O. Box 5059
Montgomery, AL 36103

John W. Goff, Pro se
80 Technicenter Dr.
Montgomery, AL 36117

s/Leonard N. Math
Chambless Math    Carr, P.C.

4