IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

GREENWICH INSURANCE           )
COMPANY and XL SPECIALTY      )
INSURANCE COMPANY,            )
                              )
    Plaintiffs,              )
                              )    CIVIL ACTION NO.
    v.                       )    2:06cv406-MHT
                              )
                              )
GOFF GROUP, INC., et al.,     )
                              )
    Defendants.              )

## ORDER

It is ORDERED that the motion for remand (doc. no. 22) is set for submission, without oral argument, on January 26, 2007, with all briefs due by said date.

DONE, this the 18th day of January, 2007.

                                            /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE