IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GREENWICH INSURANCE           )
COMPANY and XL SPECIALTY      )
INSURANCE COMPANY,            )
                              )
     Plaintiffs,              )
                              )    CIVIL ACTION NO.
     v.                       )    2:06cv406-MHT
                              )
                              )
GOFF GROUP, INC., et al.,     )
                              )
     Defendants.              )
```

ORDER

There being no objection, it is ORDERED as follows:

(1) The stay order (doc. no. 19) is dissolved.

(2) The motion to remand (doc. no. 22) is granted.

(3) This cause is referred to the United States Bankruptcy Court for the Middle District of Alabama.

(4) This court leaves it up to the bankruptcy court to decide whether this proceeding is a core

proceeding or a non-core proceeding, and thus how to proceed in this case.

The clerk of the court is **DIRECTED** to take appropriate steps to effect the referral.

**DONE,** this the 30th day of January, 2007.

                       /s/ Myron H. Thompson
                      **UNITED STATES DISTRICT JUDGE**